UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WILLIAM ROBINSON et al.,

        Plaintiffs,      02-CV-6204

  v.

THE EASTMAN KODAK COMPANY

        Defendant.      **ORDER**

---

    Pursuant to my July 26, 2006 Order appointing attorney Scott D. Piper, as a Special Master in this case, I directed that Kodak bear his costs. On July 31, 2006, Special Master Piper submitted an invoice to the Court amounting to a total of $9,250 for services rendered and costs from May 30, 2006 through July 25, 2006. This invoice had been previously approved and has been submitted for payment since July 31, 2006. I find the costs to be reasonable, and accordingly, hereby ORDER Kodak to pay the Special Master's invoices totaling the sum of $9,250 within 10 days of the date of this Order.

    ALL OF THE ABOVE IS SO ORDERED.

                              s/Michael A. Telesca
                              MICHAEL A. TELESCA
                          United States District Judge

DATED:    Rochester, New York
            October 10, 2006